### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

JAMES D. WARD,                                                    PLAINTIFF

v.                                    Case No. 3:22CV00226-JM-JTK

MARTY BOYD, *et al.*                                            DEFENDANTS

### JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 11th day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE